IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Bryant Patrick Lyles,  )  <br>  ) Civil Action No. 4:14-1157-TMC<br>  Plaintiff,  )  <br>  )  <br>v.  )  <br>  )  <br>Carolyn W. Colvin, Acting,  )  <br>Commissioner of Social Security,  )  <br>  )  <br>  Defendant.  )  | |

## ORDER

The Defendant, Carolyn W. Colvin, Acting, Commissioner of Social Security, by her attorneys, William N. Nettles, United States Attorney for the District of South Carolina, and Barbara M. Bowens, Assistant United States Attorney, has moved this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the cause to the Commissioner for further administrative proceedings.  (ECF No. 20).

On order of the Court, this case will be remanded to the Appeals Council.  Upon remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to obtain additional evidence regarding all of the VA disability findings during the period at issue and assign weight to the VA disability rating and explain the reasons for the weight.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, the Court **GRANTS** the Motion to Remand (ECF No. 20).

Accordingly, the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) is **REVERSED** and the action **REMANDED** to the Commissioner for further administrative proceedings as set out above.[1]  See *Shalala v. Schaefer*, 509 U.S. 292 (1993).

**AND IT IS SO ORDERED.**

s/Timothy M. Cain
Timothy M. Cain
United States District Judge

December 16, 2014

Florence, South Carolina.

---

[1] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

2