AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Bryant Patrick Lyles | ) |
| *Plaintiff* | ) |
| v. | ) |
| Carolyn W. Colvin, Acting Commissioner of Social Security | ) |
| *Defendant* | ) |

Civil Action No.      4:14-1157-TMC

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

■ other: The Commissioner's decision under sentence four of 42 U.S.C.  § 405(g) is reversed and the action
remanded to the Commissioner.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M.Cain,  United States District Judge, granting Defendant's Motion to
Remand.

Date:   December 16, 2014

Robin L. Blume
*CLERK OF COURT*

s/Glenda J. Nance
_____
*Signature of Clerk or Deputy Clerk*